## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 20-CV-20229-UU

Plaintiff:
**TOMMIE WILSON**

vs.

Defendant:
**FLORIDA MEMORIAL UNIVERSITY INC**



BII2020001583

For:
Tiffani-Ruth Brooks
Derek Smith Law Group, Pllc
100 S.E. 2nd St
Suite 2000
Miami, FL 33131

Received by Burke Process Service, Inc on the 18th day of February, 2020 at 10:01 am to be served on **FLORIDA MEMORIAL UNIVERSITY INC, REGISTERED AGENT WEISS SEROTA HELFMAN COLE & BIERMAN P.L., 2525 PONCE DE LEON BOULEVARD, SUITE 700, CORAL GABLES, FL 33134**.

I, Francois Zephir, do hereby affirm that on the **25th day of February, 2020** at **1:47 pm, I:**

**CORPORATE - REGISTERED AGENT:**  served by delivering a true copy of the **Summons in a Civil Action and Complaint for Damages and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Joe Serota** as **Registered Agent** at the address of **2525 PONCE DE LEON BOULEVARD, SUITE 700, CORAL GABLES, FL 33134** for **FLORIDA MEMORIAL UNIVERSITY INC, REGISTERED AGENT WEISS SEROTA HELFMAN COLE & BIERMAN P.L.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 70, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 175, Hair: Grey, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**François Zephir**
CPS # 1475

**Burke Process Service, Inc**
**1199 W. Newport Center Drive**
**Deerfield Beach, FL 33442**
**(954) 514-0116**

Our Job Serial Number: BII-2020001583

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k