UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-20229-UU

TOMMIE WILSON,

    Plaintiff,
v.

FLORIDA MEMORIAL UNIVERSITY, INC.,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court *sua sponte*. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On February 13, 2020, this Court entered its Order to Show Cause, requiring Plaintiff to show cause in writing as to his efforts in effecting service on the defendant by February 27, 2020. D.E. 7. Plaintiff failed to timely respond to the Order to Show Cause. Accordingly, on February 28, 2020, the Court dismissed this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and closed the case. D.E. 8 (the "Dismissal Order").

After entry of the Dismissal Order and the closing of the case, Plaintiff filed a verified return of service upon the defendant. D.E. 13. However, Plaintiff has not moved to reopen the case. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff's late-filed return of service, D.E. 13, is STRICKEN. **If Plaintiff wishes to move to reopen the case, he must file such a motion by March 9, 2020.**

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of March, 2020.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record